AO-10

Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) CAMPBELL, LEVIN H | 2. Court or Organization U.S. COURT OF APPEALS | 3. Date of Report 4/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) CIRCUIT JUDGE, SENIOR STATUS | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ● Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address JOHN JOS MOAKLEY US COU THOUSE 1 COU TH USE WAY. SUITE 6720 BOSTON, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ | Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Overseer | SS Constitution Museum, Boston, MA |
| 2. | uncil Member | Massachusetts Historical Society, Boston, MA |
| 3. | Co-Trustee | Trust No. 2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE 2005 MAY 11 P 1:12 RECEIVED

## III.  NON-INVESTMENT INCOME.  (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A.  Filer's Non-Investment Income

☑ **NONE**  - (No reportable non investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours not spouse's) |
|---|---|---|
| 1. | | |

### B.  Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE**  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV.  REIMBURSEMENTS  – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ **NONE**  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust #1 | F | Dividend/Int | P1 | T | | | | | |
| 2. -Coca-Cola | | | | | | | | | |
| 3. -Emerson Electric | | | | | | | | | |
| 4. -Hewlett Packard | | | | | | | | | |
| 5. -Hubbell, Inc. | | | | | | | | | |
| 6. -Merck & Co. | | | | | | | | | |
| 7. -Quimby Co nby | | | | | | | | | |
| 8. -Schlumberger Ltd. | | | | | | | | | |
| 9. -Scudder Intmed Tax/Amt Free CL S Fund (Mut Fund) See VIII | | | | | | | | | |
| 10. -Scudder Tax Exempt Cash Inst. Shares (Mutual Fund) | | | | | | | | | |
| 11. -Vanguard International Growth Portfolio (Mutual Fund) | | | | | | | | | |
| 12. -Time Warner (formerly known as AOL Time Warner) | | | | | | | | | |
| 13. -US Treas. Notes 6.25% 2/07 | | | | | | | | | |
| 14. -Travelers Ins. Recd. Annuity from deceased ▓▓▓ ins. | | | | | | | | | |
| 15. -Provident Mutual Life Ins. | | | | | | | | | |
| 16. Recd. Annuity from deceased ▓▓▓ ins. | | | | | | | | | |
| 17. -Union Central Life Ins. Recd. Annuity from deceased | | | | | | | | | |
| 18. ▓▓▓ ins. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (excluding trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. -Andover, MA 5.70% 11/06 | | | | | Total call | 11/1 | L | B | |
| 20. -Abbott Laboratories | | | | / | | | | | |
| 21. -Federal National Mortgage Association | | | | | | | | | |
| 22. -Intel Corp. | | | | | | | | | |
| 23. -Microsoft Corp. | | | | | | | | | |
| 24. -Cisco Systems, Inc. | | | | | | | | | |
| 25. -Templeton Emerging Markets Fund (Mutual Fund) | | | | | | | | | |
| 26. -US Treas. Notes 6.0% 8/09 | | | | | | | | | |
| 27. -Agilent Technologies Inc. | | | | | | | | | |
| 28. -Transocean Sedco Forex Inc. | | | | | | | | | |
| 29. -Johnson & Johnson | | | | | | | | | |
| 30. -Pepsico, Inc. | | | | | | | | | |
| 31. -Sunguard Data Systems | | | | | | | | | |
| 32. -Alcoa | | | | | | | | | |
| 33. -Anadarko Petroleum | | | | | | | | | |
| 34. -Avery Dennison | | | | | | | | | |
| 35. -BJ's Wholesale Club | | | | | | | | | |
| 36. -Bank of America | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -Cardinal Health | | | | | | | | | |
| 38. -Citigroup | | | | | | | | | |
| 39. -Constellation Brands | | | | | | | | | |
| 40. -Exxon Mobil | | | | | | | | | |
| 41. -First Data | | | | | | | | | |
| 42. -Lowe's | | | | | | | | | |
| 43. -Marsh & McLennan | | | | | | Total Sale | 10/21 | K | | See VIII |
| 44. -Medtronic | | | | | | | | | |
| 45. -Prolog s | | | | | | | | | |
| 46. -Public Storage, Inc. | | | | | | | | | |
| 47. -Royal Dutch Petroleum | | | | | | | | | |
| 48. -SBC Communications | | | | | | | | | |
| 49. -Staples | | | | | | | | | |
| 50. -Sysco | | | | | | | | | |
| 51. -Vodafone | | | | | | | | | |
| 52. -Wells Fargo | | | | | | | | | |
| 53. -Nationwide Ins: Rec'd Annuity payments | | | | | | | | | |
| 54. -Hospira (Spinoff from Abbott Labs) | | | | | | Total Sale | 8/3 | J | B | See VIII |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -Merrill Lynch & Co. Fltg. Rate Notes 3.6978% 3/2/2009 | | | | | Buy | 3/31 | L | | |
| 56. Trust #2 | G | Int. & Divi. | P2 | T | | | | | |
| 57. -Scudder Tax-Exempt Cash Inst'l Shares | | | | | | | | | |
| 58. -US Treas. Notes 4.75% 2/04 | | | | | Maturity | 2/17 | L | | See VIII |
| 59. -US Treas. Notes 5.875% 2/04 and 11/05 | | | | | Part. Matur. | 2/17 | K | | See VIII |
| 60. -US Treas. Notes 6.5% 10/06 | | | | | | | | | |
| 61. -US Treas. Notes 6.25% 2/07 | | | | | | | | | |
| 62. -Gillette | | | | | | | | | |
| 63. -Pepsico | | | | | | | | | |
| 64. -Perrigo | | | | | | | | | |
| 65. -Procter & Gamble | | | | | | | | | |
| 66. -Exxon Mobil | | | | | | | | | |
| 67. -Schlumberger | | | | | | | | | |
| 68. -American International Group | | | | | | | | | |
| 69. -Berkshire Hathaway | | | | | | | | | |
| 70. -Cambridge Bancorp. | | | | | | | | | |
| 71. -Citigroup | | | | | | | | | |
| 72. -Abbott Laboratories | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Sanofi-Aventis ADR (formerly Aventis) | | | | | Tot. Xchange | 9/30 | M | | See VIII |
| 74. -Johnson & Johnson | | | | | | | | | |
| 75. -Pfizer | | | | | | | | | |
| 76. -Automatic Data Processing | | | | | | | | | |
| 77. -General Electric | | | | | | | | | |
| 78. -Servicemaster | | | | | | | | | |
| 79. -3M | | | | | | | | | |
| 80. -Cisco Systems | | | | | | | | | |
| 81. -Hewlett Packard | | | | | | | | | |
| 82. -Intel | | | | | | | | | |
| 83. -Microsoft | | | | | | | | | |
| 84. -S & Co Special Equities Fund | | | | | Buy | 7/2 | L | | |
| 85. -S & Co Technology - North American Mgmt. | | | | | Total Sale | 6/30 | M | E | |
| 86. -S & Co Health Science Fund | | | | | Partial Sale | 7/1 | N | G | |
| 87. -S & Co International | | | | | | | | | |
| 88. -Stoney Brook Partnership | | | | | Tot Deliv | 2003 | J | A | See VIII |
| 89. -Shering-Plough | | | | | | | | | |
| 90. -Hospira, Inc. (Spinoff from Abbott Labs) | | | | | Total Sale | 5/12 | K | A | See VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | N = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -Mass. St. Wtr. Pollutn. Abatement, 3.0% 8/1/11 | | | | | Buy | 11/15 | M | | |
| 92. -US Treas. Notes 1.625%, 10/05 | | | | | Buy | 2/17 | M | | |
| 93. Bank Account, Sovereign Bank | A | Interest | K | T | | | | | |
| 94. Trust #3 | G | Int. & Divi. | P3 | T | | | | | |
| 95. -Pepsico | | | | | | | | | |
| 96. -Procter & Gamble | | | | | | | | | |
| 97. -Merck | | | | | Total Sale | 11/29 | M | D | |
| 98. -Pfizer | | | | | | | | | |
| 99. -Johnson & Johnson | | | | | | | | | |
| 100. -Agilent | | | | | | | | | |
| 101. -Intel | | | | | | | | | |
| 102. -Automatic Data Processing | | | | | | | | | |
| 103. -Hewlett Packard | | | | | | | | | |
| 104. -IBM | | | | | | | | | |
| 105. -Microsoft | | | | | | | | | |
| 106. -Cisco | | | | | | | | | |
| 107. -General Electric | | | | | | | | | |
| 108. -Chevron Texaco | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. -Schlumberger | | | | | | | | | |
| 110. -Citigroup | | | | | | | | | |
| 111. -Federal National Mortgage Association | | | | | Total Sale | 10/5 | N | G | |
| 112. -American International Group | | | | | | | | | |
| 113. -Marsh & McLennan | | | | | Total Sale | 10/28 | N | · | See VIII |
| 114. -Berkshire Hathaway | | | | | | | | | |
| 115. -Brookline, MA 3.3% 5/04 | | | | | Matured | 5/17 | N | | See VIII |
| 116. -Rockland, MA 5.0% 7/04 | | | · | | Matured | 7/15 | L | A | |
| 117. -Lynn, MA Wtr. & Swr. 3.5% 6/05 | | | | | | | | | |
| 118. -MA Bay Transp. Auth. 5.25% 3/06 | | | | | | | | | |
| 119. -Stoughton, MA 4.3% 2/07 | | | | | | | | | |
| 120. -Mass. St. Tpk. 5.13% 1/09 | | | | | | | | | |
| 121. -Mass St. Hlt. 4.5% 7/09 | | | | | | | | | |
| 122. -North Andover, MA 4.5% 1/10 | | | | | | | | | |
| 123. -Fidelity Inst. Tax-Ex. Cash Port. | | | | | | | | | |
| 124. -CVS Corp. | | | | | | | | | |
| 125. -Illinois Tool Works, Inc. | | | | | | | | | |
| 126. -News Corp. C1.B Com. (formerly News Corp. Ltd ADR) | | | | | | | | | See VIII |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust #1 | F | Dividend/Int | P1 | T | | | | | |
| 2. -Coca-Cola | | | | | | | | | |
| 3. -Emerson Electric | | | | | | | | | |
| 4. -Hewlett Packard | | | | | | | | | |
| 5. -Hubbell, Inc. | | | | | | | | | |
| 6. -Merck & Co. | | | | | | | | | |
| 7. -Quimby Country | | | | | | | | | |
| 8. -Schlumberger Ltd. | | | | | | | | | |
| 9. -Scudder Intmed Tax/Amt Free CL S Fund (Mut Fund) See VIII | | | | | | | | | |
| 10. -Scudder Tax Exempt Cash Inst. Shares (Mutual Fund) | | | | | | | | | |
| 11. -Vanguard International Growth Portfolio (Mutual Fund) | | | | | | | | | |
| 12. -Time Warner (formerly known as AOL Time Warner) | | | | | | | | | |
| 13. -US Treas. Notes 6.25% 2/07 | | | | | | | | | |
| 14. -Travelers Ins. Recd. Annuity from deceased ███ ins. | | | | | | | | | |
| 15. -Provident Mutual Life Ins. | | | | | | | | | |
| 16. Recd. Annuity from deceased ███ ins. | | | | | | | | | |
| 17. -Union Central Life Ins. Recd. Annuity from deceased | | | | | | | | | |
| 18. ███ ins. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Andover, MA 5.70% 11/06 | | | | | Total call | 11/1 | L | B | |
| 20. -Abbott Laboratories | | | | | | | | | |
| 21. -Federal National Mortgage Association | | | | | | | | | |
| 22. -Intel Corp. | | | | | | | | | |
| 23. -Microsoft Corp. | | | | | | | | | |
| 24. -Cisco Systems, Inc. | | | | | | | | | |
| 25. -Templeton Emerging Markets Fund (Mutual Fund) | | | | | | | | | |
| 26. -US Treas. Notes 6.0% 8/09 | | | | | | | | | |
| 27. -Agilent Technologies Inc. | | | | | | | | | |
| 28. -Transocean Sedco Forex Inc. | | | | | | | | | |
| 29. -Johnson & Johnson | | | | | | | | | |
| 30. -Pepsico, Inc. | | | | | | | | | |
| 31. -Sunguard Data Systems | | | | | | | | | |
| 32. -Alcoa | | | | | | | | | |
| 33. -Anadarko Petroleum | | | | | | | | | |
| 34. -Avery Dennison | | | | | | | | | |
| 35. -BJ's Wholesale Club | | | | | | | | | |
| 36. -Bank of America | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5 Identity of buyer/seller (if private transaction) |
| 37. -Cardinal Health | | | | | | | | | |
| 38. -Citigroup | | | | | | | | | |
| 39. -Constellation Brands | | | | | | | | | |
| 40. -Exxon Mobil | | | | | | | | | |
| 41. -First Data | | | | | | | | | |
| 42. -Lowe's | | | | | | | | | |
| 43. -Marsh & McLennan | | | | | | Total Sale | 10/21 | K | | See VIII |
| 44. -Medtronic | | | | | | | | | |
| 45. -Prologis | | | | | | | | | |
| 46. -Public Storage, Inc. | | | | | | | | | |
| 47. -Royal Dutch Petroleum | | | | | | | | | |
| 48. -SBC Communications | | | | | | | | | |
| 49. -Staples | | | | | | | | | |
| 50. -Sysco | | | | | | | | | |
| 51. -Vodafone | | | | | | | | | |
| 52. -Wells Fargo | | | | | | | | | |
| 53. -Nationwide Ins: Rec'd Annuity payments | | | | | | | | | |
| 54. -Hospira (Spinoff from Abbott Labs) | | | | | | Total Sale | 8/3 | J | B | See VIII |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Merrill Lynch & Co. Fltg. Rate Notes 3.6978% 3/2/2009 | | | | | Buy | 3/31 | L | | |
| 56. Trust #2 | G | Int. & Divi. | P2 | T | | | | | |
| 57. -Scudder Tax-Exempt Cash Inst'l Shares | | | | | | | | | |
| 58. -US Treas. Notes 4.75% 2/04 | | | | | Maturity | 2/17 | L | | See VIII |
| 59. -US Treas. Notes 5.875% 2/04 and 11/05 | | | | | Part. Matur. | 2/17 | K | | See VIII |
| 60. -US Treas. Notes 6.5% 10/06 | | | | | | | | | |
| 61. -US Treas. Notes 6.25% 2/07 | | | | | | | | | |
| 62. -Gillette | | | | | | | | | |
| 63. -Pepsico | | | | | | | | | |
| 64. -Perrigo | | | | | | | | | |
| 65. -Procter & Gamble | | | | | | | | | |
| 66. -Exxon Mobil | | | | | | | | | |
| 67. -Schlumberger | | | | | | | | | |
| 68. -American International Group | | | | | | | | | |
| 69. -Berkshire Hathaway | | | | | | | | | |
| 70. -Cambridge Bancorp. | | | | | | | | | |
| 71. -Citigroup | | | | | | | | | |
| 72. -Abbott Laboratories | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Sanofi-Aventis ADR (formerly Aventis) | | | | | Tot. Xchange | 9/30 | M | | See VIII |
| 74. -Johnson & Johnson | | | | | | | | | |
| 75. -Pfizer | | | | | | | | | |
| 76. -Automatic Data Processing | | | | | | | | | |
| 77. -General Electric | | | | | | | | | |
| 78. -Servicemaster | | | | | | | | | |
| 79. -3M | | | | | | | | | |
| 80. -Cisco Systems | | | | | | | | | |
| 81. -Hewlett Packard | | | | | | | | | |
| 82. -Intel | | | | | | | | | |
| 83. -Microsoft | | | | | | | | | |
| 84. -S & Co Special Equities Fund | | | | | Buy | 7/2 | L | | |
| 85. -S & Co Technology - North American Mgmt. | | | | | Total Sale | 6/30 | M | E | |
| 86. -S & Co Health Science Fund | | | | | Partial Sale | 7/1 | N | G | |
| 87. -S & Co International | | | | | | | | | |
| 88. -Stoney Brook Partnership | | | | | Tot Deliv | 2003 | J | A | See VIII |
| 89. -Shering-Plough | | | | | | | | | |
| 90. -Hospira, Inc. (Spinoff from Abbott Labs) | | | | | Total Sale | 5/12 | K | A | See VIII |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) T (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. -Mass. St. Wtr. Pollutn. Abatement, 3.0% 8/1/11 | | | | | Buy | 11/15 | M | | |
| 92. -US Treas. Notes 1.625%, 10/05 | | | | | Buy | 2/17 | M | | |
| 93. Bank Account, Sovereign Bank | A | Interest | K | T | | | | | |
| 94. Trust #3 | G | Int. & Divi. | P3 | T | | | | | |
| 95. -Pepsico | | | | | | | | | |
| 96. -Procter & Gamble | | | | | | | | | |
| 97. -Merck | | | | | Total Sale | 11/29 | M | D | |
| 98. -Pfizer | | | | | | | | | |
| 99. -Johnson & Johnson | | | | | | | | | |
| 100. -Agilent | | | | | | | | | |
| 101. -Intel | | | | | | | | | |
| 102. -Automatic Data Processing | | | | | | | | | |
| 103. -Hewlett Packard | | | | | | | | | |
| 104. -IBM | | | | | | | | | |
| 105. -Microsoft | | | | | | | | | |
| 106. -Cisco | | | | | | | | | |
| 107. -General Electric | | | | | | | | | |
| 108. -Chevron Texaco | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. -Schlumberger | | | | | | | | | |
| 110. -Citigroup | | | | | | | | | |
| 111. -Federal National Mortgage Association | | | | | Total Sale | 10/5 | N | G | |
| 112. -American International Group | | | | | | | | | |
| 113. -Marsh & McLennan | | | | | Total Sale | 10/28 | N | | See VIII |
| 114. -Berkshire Hathaway | | | | | | | | | |
| 115. -Brookline, MA 3.3% 5/04 | | | | | Matured | 5/17 | N | | See VIII |
| 116. -Rockland, MA 5.0% 7/04 | | | | | Matured | 7/15 | L | A | |
| 117. -Lynn, MA Wtr. & Swr. 3.5% 6/05 | | | | | | | | | |
| 118. -MA Bay Transp. Auth. 5.25% 3/06 | | | | | | | | | |
| 119. -Stoughton, MA 4.3% 2/07 | | | | | | | | | |
| 120. -Mass. St. Tpk. 5.13%1/09 | | | | | | | | | |
| 121. -Mass St. Hlt. 4.5% 7/09 | | | | | | | | | |
| 122. -North Andover, MA 4.5% 1/10 | | | | | | | | | |
| 123. -Fidelity Inst. Tax-Ex. Cash Port. | | | | | | | | | |
| 124. -CVS Corp. | | | | | | | | | |
| 125. -Illinois Tool Works, Inc. | | | | | | | | | |
| 126. -News Corp. C1.B Com. (formerly News Corp. Ltd ADR) | | | | | | | | | See VIII |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. -Columbia High Yield Mutual Fund | | | | | | | | | |
| 128. -Century Small Cap Select (Mutual Fund) | | | | | Buy | 11/12 | N | | |
| 129. -MA St. Wtr. Poll. 3.0% 8/11 | | | | | Buy | 11/23 | N | | |
| 130. -Lucent Tech. | | | | | Receipt | 12/14 | J | B | See VIII |
| 131. IRA | B | Int. & Divi. | L | T | | | | | |
| 132. -Scudder Growth & Income Fund | | | | | | | | | |
| 133. -Scudder Large Cap Value fund (former Scudder Lrg Co Valu) | | | | | | | | | See VIII |
| 134. -Scudder Money Mkt. Inst'l Shares | | | | | | | | | |
| 135. -Scudder Income Fund | | | | | Partial Sale | 12/15 | J | C | |
| 136. Bank Acct., Cambridge Trust Company | A | Interest | K | T | | | | | |
| 137. Personal Residence, Sherborn, Massachusetts (X) | D | Rent | | | | | | | See VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001- 25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

43. Marsh & McLennan sold at a loss.

54. Hospira shares were received in a spinoff on 5/5, and were then sold on 8/3.

58. No gain or loss on maturity.

59. No gain or loss on maturity of 2/04 bonds. 11/05 bonds are still held by the trust.

73. Shares of Aventis were exchanged for shares of Sanofi-Aventis pursuant to a corporate merger.

88. This partnership terminated on 2/10/03. The termination was inadvertently not reported on the 2003 Form AO-10. Trust #2's distribution from the partnership upon termination was $1.00

90. Hospira shares were received in a spinoff on 5/7, and were then sold on 5/12.

113. Marsh & McLennan sold at a loss.

115. No gain or loss on maturity of bond.

126. On 11/12, there was a mandatory exchange. For each share of News Corp. Ltd. ADR, two shares of News Corp. Cl.B. Com. were received.

130. Lucent shares were received pursuant to a securities litigation settlement.

133. Scudder Large Cap Value Fund and Scudder Large Company Value Fund were merged as part of a fund consolidation by Scudder.

137. In 2004, a caretaker's cottage which is part of a personal residence owned by the undersigned's wife was rented out for $1,000 per month.

Note: All stocks listed on this report are common.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CAMPBELL, LEVIN H | 4/13/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature   Date May 9, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544